UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORBERTO T. ESPINDOLA,<br><br>        Plaintiff,<br><br>        v.<br><br>WASHINGTON STATE MIGRANT COUNCIL, JORGE CASTILLO, JANE DOE CASTILLO, ENRIQUE GARZA, JANE DOE GARZA, BERNARDO JARAMILLO, JANE DOE JARAMILLO, LUANA LUMLEY, JOHN DOE LUMLEY, JOHN DOES 1-20,<br><br>        Defendants. | NO. CV-10-03066-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed May 10, 2011 (ECF No. 26), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(ECF No. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party.

2. All pending trial and hearing dates are **STRICKEN**.

3. All pending motions are **DENIED AS MOOT**.

//

/

ORDER * 1

1      4. This file shall be **CLOSED**.

2      **IT IS SO ORDERED.** The District Court Executive is directed to enter
3  this Order and distribute copies to counsel.

4      **DATED** this 11th day of May 2011.

5

6                       s/Edward F. Shea
                          EDWARD F. SHEA
7                   United States District Judge

8  Q:\Civil\2010\3066.Stip.Dismiss.wpd

ORDER * 2